# **<u>EXHIBIT A</u>**

**6th Division District Court**

## Case Summary

**Case No. 61-2025-02913**

| | | |
|---|---|---|
| **State of Rhode Island v. EVA PIZZARELLI** | § § | Location: **6th Division District Court** <br> Filed on: **04/08/2025** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | |
|---|---|---|---|---|---|
| Jurisdiction: **Cumberland Police Department** | | | | | Case Type: Misdemeanor <br> Case Status: **10/14/2025** Closed |
| 1. Reckless Driving and Other Offenses Against Public Safety - 1st Offense | 31-27-4(1) | M | 03/26/2025 | 04/08/2025 | |

Arrest

### Statistical Closures

10/14/2025  Non-Trial Disposition

### Warrants

Bench Warrant Issued - PIZZARELLI, EVA (Judicial Officer: Goldman, Brian A.)

| 05/28/2025 | 09:29 AM | Bench Warrant Quashed | |
|---|---|---|---|
| 05/27/2025 | 09:00 AM | Bench Warrant Issued | |
| Bond Set: | | $1,000.00 (@10.00%, $100.00) | Any |

---

### Party Information

| | | |
|---|---|---|
| **Plaintiff** | **State of Rhode Island** | |
| **Defendant** | **PIZZARELLI, EVA** <br> DOB: 04/09/1982 <br> SID: @10901766 | **Tavares, Richard** <br> *Retained* |
| **Agency** | **CUMBERLAND POLICE DEPARTMENT** | |

---

### Dispositions

10/14/2025  **Disposition** (Judicial Officer: Saunders, Debra)
1. Reckless Driving and Other Offenses Against Public Safety - 1st Offense
   Dismissed by Prosecution

---

### Case Events

| 04/08/2025 | Criminal Complaint Filed |
|---|---|
| 04/10/2025 |  Rights Waiver Form |
| 04/10/2025 | Notice of Court Date |
| 04/10/2025 |  Bail and Recognizance Conditions |
| 04/10/2025 | Affidavit Filed |

Printed on 10/14/2025 at 1:42 PM

## Case Summary

### Case No. 61-2025-02913

| | |
|---|---|
| 04/22/2025 | Not Guilty Plea Entered |
| 04/22/2025 | 📄 Notice of Court Date |
| 04/22/2025 | Referred to the Public Defender |
| 04/22/2025 | 📄 Bail and Recognizance Conditions |
| 04/22/2025 | Waiver of Jury Trial |
| 05/06/2025 | 📄 Entry of Appearance |
| 05/27/2025 | Bench Warrant Issued |
| 05/28/2025 | Bench Warrant Cancelled |
| 07/15/2025 | 📄 Notice of Court Date |
| 09/23/2025 | 📄 Motion Subpoena Duces Tecum |
| 09/30/2025 | 📄 Order Entered |
| 10/14/2025 | 📄 48A Dismissal Filed |

---

## Hearings

04/22/2025  **Arraignment**  (9:00 AM)  (Judicial Officer: Isherwood, Stephen M.)
*Hearing Continued*

05/06/2025  **Pretrial Conference**  (9:00 AM)  (Judicial Officer: Jabour, Christine S.)
*Hearing Continued*

05/27/2025  **Pretrial Conference**  (9:00 AM)  (Judicial Officer: Goldman, Brian A.)
*Defendant Does not Appear*

05/28/2025  **Walk in Warrant**  (9:00 AM)  (Judicial Officer: Goldman, Brian A.)
*Hearing Continued*

06/03/2025  **Pretrial Conference**  (9:00 AM)  (Judicial Officer: Goldman, Brian A.)
*Hearing Continued*

06/17/2025  **Pretrial Conference**  (9:00 AM)  (Judicial Officer: Goldman, Brian A.)
*Hearing Continued*

07/01/2025  **Pretrial Conference**  (9:00 AM)  (Judicial Officer: Goldman, Brian A.)
*Hearing Continued*

07/15/2025  **Pretrial Conference**  (9:00 AM)  (Judicial Officer: Goulart, Alan R.)
*Hearing Continued*

07/29/2025  **Pretrial Conference**  (9:00 AM)  (Judicial Officer: Goldman, Brian A.)
*Hearing Continued*

08/26/2025  **Trial**  (9:00 AM)  (Judicial Officer: Jabour, Christine S.)
*Hearing Continued*

09/16/2025  *CANCELED* **Trial**  (9:00 AM)  (Judicial Officer: Saunders, Debra)
*At the request of Defendant's Attorney*

09/30/2025  **Hearing on Motion Subpoena Duces Tecum**  (9:00 AM)  (Judicial Officer: Goulart, Alan R.)
*Hearing Continued*

10/14/2025  **Trial**  (9:00 AM)  (Judicial Officer: Saunders, Debra)
*Hearing Concluded*

---

6th Division District Court
**Case Summary**

**Case No. 61-2025-02913**
Bond Settings

---

04/10/2025   **Bond Setting**
  Personal Recognizance $1,000.00 Any

04/22/2025   **Bond Setting**
  Personal Recognizance $1,000.00 Any

05/27/2025   **Bond Setting**
  1. Reckless Driving and Other Offenses Against Public Safety - 1st Offense
  Surety $1,000.00 (@10%  $100.00) Any

05/28/2025   **Bond Setting**
  Personal Recognizance $1,000.00 Any