# EXHIBIT B



# STATE OF RHODE ISLAND JUDICIARY

## DISMISSAL UNDER CRIMINAL RULE 48(a)

| COURT | COUNTY |
|---|---|
| ☐ Superior Court | ☑ Providence/Bristol County or Sixth Division |
| ☐ Family Court | ☐ Washington County or Fourth Division |
| ☑ District Court | ☐ Kent County or Third Division |
| | ☐ Newport County or Second Division |

| | |
|---|---|
| State of Rhode Island<br>v.<br>Defendant *EVA PIZZAROLLI* | Case Number<br>61-2025- *02913*<br>Bureau of Criminal Identification Number |

Now comes the Attorney General of the State of Rhode Island and dismissed the above-entitled matter under Rule 48(a), Rules of Criminal Procedure for the following reason(s):

*CASE DISMISSED*

| | Rhode Island Bar Number |
|---|---|
| /s/  Kevin F Crawley | 6129 |
| Signature of the special/assistant attorney general, city or town solicitor, or authorized law enforcement officer | Date  *10-14-25* |

Copy 1 – Court    Copy 2 – Victim/Witness    Copy 3 – Plaintiff

CC-CR-3 (revised July 2023)