# **<u>EXHIBIT C</u>**



STATE OF RHODE ISLAND
**DIVISION OF MOTOR VEHICLES**
600 New London Avenue
Cranston, RI  02920-3024
Phone: 401-462-4368
www.dmv.ri.gov

## <u>AFFIDAVIT OF KEEPER OF BUSINESS RECORDS</u>

NOW comes, Regina Martinez, Deputy Chief of Enforcement, and hereby states and certifies the following:

1. I am the above-named person:

2. I am the Keeper of Records of records for the RI Division of Motor Vehicles (DMV) attached/enclosed.

3. These attached/enclosed records are true and complete copies of the records of the DMV.

4. These attached/enclosed records were made as a memorandum of record of acts, transactions, occurrences, or events described therein.

5. These attached/enclosed records were made in good faith and in the regular course of business.

6. These records were not made in anticipation of any litigation and were made before the beginning of any civil or criminal proceeding.

7. This affidavit is subscribed and signed under the provisions of Rhode Island General Laws §31-2-11 and §9-17-5.1.

Signed under the pains and penalties of perjury this 20th day of August 2025.

_Regina Martinez_
Keeper of the Records-signature

_Regina Martinez_
Keeper of the Records-printed name

_____
Notary

JOSE N DOMINGUEZ
Notary Public, State of Rhode Island
Commission # 771049
exp'. 9-20-27



**STATE OF RHODE ISLAND**

# DIVISION OF MOTOR VEHICLES

600 NEW LONDON AVENUE
CRANSTON RI 02920-3024
Web Address: WWW.DMV.RI.GOV




CR30540909

GERALD VAUGHN MINASIAN
4879 TOWER HILL RD
SOUTH KINGSTOWN RI 02879-2282

Date: 08/20/2025

## REGISTRATION INQUIRY

To Whom It May Concern:

The Rhode Island General Law §31-3.1-4, effective January 1,2024 states that a Rhode Island Title will be issued for every motor vehicle being registered in Rhode Island, regardless of the vehicle year. Owners of RI vehicles owned prior to January 1, 2024, will not be required to purchase a title to transfer ownership for model years 2000 and previous, however new registrants must obtain a title at the time of establishing their ownership.

The Rhode Island Division of Motor Vehicles issues salvage titles on vehicles whose model year is 2001 and newer only. Vehicle model year 2000 and older will not be issued a "salvage" title.

This letter verifies that the following vehicle information is valid:

| REG NUMBER:<br>4J570 | PLATE TYPE:<br>DISABLED VETERAN | PLATE DESIGN:<br>STANDARD | VEHICLE TYPE:<br>PASSENGER | DRIVERS LICENSE: | REG EXP DATE:<br>2025-12-31 |
|---|---|---|---|---|---|
| REG ORIGINAL ISSUE DATE: 2024-07-24 | | REG ISSUE DATE: 2024-07-24 | | REG CANCELLATION DATE: N/A | |
| YEAR:<br>2013 | MAKE:<br>VOLKSWAGEN | MODEL:<br>JETTA | BODY TYPE:<br>SEDAN | MAJOR COLOR:<br>GRAY | MINOR COLOR:<br>GRAY |
| VEHICLE IDENTIFICATION NUMBER:<br>3VWBX7AJ8DM397171 | | RENEWAL FEE:<br>N/A | GROSS WEIGHT:<br>3694 LBS | # OF PASSENGERS:<br>5 | # OF CYLINDERS:<br>5 |
| FUEL TYPE:<br>GAS | | CARRYING CAPACITY:<br>N/A | LENGTH:<br>N/A | CCs:<br>N/A | MAX SPEED:<br>0 |
| REGISTERED OWNER:  GERALD V MINASIAN<br>4879 TOWER HILL RD<br>SOUTH KINGSTOWN RI 02879-2282 | | | SECOND OWNER: | | |
| TAX TOWN:  SOUTH KINGSTOWN | | | | | |

Valid only when dated and stamped with official stamp. Photocopies and fax copies of this form are not acceptable.

AUG 2 0 2025

**RI DMV Certified**

WALTER R. CRADDOCK
ADMINISTRATOR
DIVISION OF MOTOR VEHICLES



STATE OF RHODE ISLAND

**DIVISION OF MOTOR VEHICLES**
ENFORCEMENT OFFICE

**Single**



| | |
|---|---|
| DLID | 30540909 |
| CID | 30540909 |
| First Name | GERALD |
| Middle Name | VAUGHN |
| Last Name | MINASIAN |
| Address 1 | 4879 TOWER HILL RD |
| Address 2 | |
| City | SOUTH KINGSTOWN |
| State | Rhode Island |
| Zip Code | 02879-2282 |
| SSN | |
| Birth Date | 11-21-1951 |
| Height | 5'10" |
| Weight | 160 |
| Eye Color | Brown |
| Hair Color | Brown |
| Gender | Male |
| Restrictions | A |
| Classes | 10 |
| Issue Date | 11-26-2024 |
| Image Capture Date | 11-26-2024 |