# **EXHIBIT D**

**umberland Police Departmen**                                                          **Page: 1**

NARRATIVE FOR PATROLMAN JACK S HALLORAN

Ref: **25-533-OF**

Entered: 03/26/2025 @ 1047        Entry ID: 0335
Modified: 03/26/2025 @ 1501        Modified ID: 0335

On Wednesday, 03/26/25 at approximately 1005 hours, while on patrol, I observed a gray Volkswagen Jetta bearing RI DV 4J570 traveling northbound on Broad St making a right turn onto Mill St. I observed the vehicle fail to use its turn signal when it turned on to Mill St from Broad St, and the vehicle registration sticker was located in the wrong location. I observed the operator to be a white female with red hair approximately forty years of age. I saw a clear view into the operators seat from my location on Meeting St which directly faces Broad St. I initiated the cruisers overhead lights and siren attempting to make a motor vehicle stop on Mill St by the intersection of Abbott St. The vehicle did not stop.

I advised dispatch I was attempting to stop the vehicle. I advised dispatch my speed, location, and vehicle description. I crossed into Attleboro and continued advising dispatch my location and speed. The vehicle was weaving in and out of the traffic lane passing vehicles in the opposite lane of travel. At approximately 1007 hours, dispatch advised me to terminate the attempted vehicle stop, which I did so instantly. I advised dispatch the last known direction was south bound on Washington St toward Pawtucket. During the pursuit, the vehicle failed to stop at multiple stop signs and traffic lights.

After termination of the pursuit I retraced the route the vehicle drove to determine the distance the pursuit lasted. I determined it lasted approximately 1.4 miles. Sergeant Correia was able to identify a female associated with the vehicle. Sergeant Correia showed me a photo of the female later identified as Eva Pizzarelli. I was able to identify Pizzarelli as the female I observed pass my location on Broad St. Sergeant Correia was able to capyure a photo from the flock camera of Pizzarelli driving the vehicle during the pursuit. The photo matches Pizzarelli's license photo. In the flock photo there also appears to be a male in the passenger seat of the vehicle hiding to make it harder for him to be visible. Probable cause exist to charge Pizzarelli for Reckless Driving/Eluding Police 1st Offense (31-27-4) and multiple traffic infractions listed in the report.

PATROLMAN JACK S HALLORAN

*BWC footage available: **Yes***