UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EVA PIZZARELLI
    *Plaintiff,*

    vs.

TOWN OF CUMBERLAND, by and through its Mayor JEFFREY MUTTER, CUMBERLAND POLICE DEPARTMENT, MATTHEW BENSON, individually and in his official capacity as Chief of the Cumberland Police Department, BRANDON M. CORREIA, individually and in his official capacity as Sergeant of the Cumberland Police Department, and JACK S. HALLORAN, individually and in his official capacity as Patrolman of the Cumberland Police Department.
    *Defendants.*

C.A. No. 1:26-cv-00387-JJM-PAS

## **STIPULATION FOR ACCEPTANCE OF SERVICE**

1. I, Marc DeSisto, Esq., state that I am authorized to accept service on behalf of Defendants, Town of Cumberland, by and through its Mayor Jeffrey Mutter, Cumberland Police Department, Matthew Benson, individually and in his official capacity as Chief of the Cumberland Police Department, Brandon M. Correia, individually and in his official capacity as Sergeant of the Cumberland Police Department and Jack S. Halloran, individually and in his official capacity as Patrolman of the Cumberland Police Department, in lieu of return of service on behalf of these Defendants, waiving affirmative defenses for improper service of process regarding these Defendants.

2. This document will serve as my acceptance of service on behalf of Defendants, Town of Cumberland, by and through its Mayor Jeffrey Mutter, Cumberland Police Department, Matthew Benson, individually and in his official capacity as Chief of the Cumberland Police Department, Brandon M. Correia, individually and in his official capacity as Sergeant of the Cumberland Police

Department and Jack S. Halloran, individually and in his official capacity as Patrolman of the

Cumberland Police Department

3. Counsel for Plaintiffs and Defendants agree that Defendants shall have until July 22, 2026, to

answer or otherwise respond to the complaint.


Plaintiff,                                             Defendants,
By her Attorney,                                      By their Attorney,

*/s/ Jose F. Batista*                                */s/ Marc DeSisto*
Jose F. Batista, Esq. (#9449)                        Marc DeSisto, Esq. (#2757)
The Law Office of Jose F. Batista, LLC               DeSisto Law LLC
225 Dyer Steet, 4th Floor                            4 Richmond Square, Suite 500
Providence, RI 02903                                 Providence, RI 02906
(401) 415-0151                                       (401) 272-4442
j.f.batista1@gmail.com                               marc@desistolaw.com

Dated: 6/23/26                                        Dated: 6/23/26