EVA PIZZARELLI
    *Plaintiff,*

vs.

TOWN OF CUMBERLAND, by and through its Mayor JEFFREY MUTTER, CUMBERLAND POLICE DEPARTMENT, MATTHEW BENSON, individually and in his official capacity as Chief of the Cumberland Police Department, BRANDON M. CORREIA, individually and in his official capacity as Sergeant of the Cumberland Police Department, and JACK S. HALLORAN, individually and in his official capacity as Patrolman of the Cumberland Police Department.
    *Defendants.*

C.A. No. 1:26-cv-00387-JJM-PAS

## **NOTICE OF APPEARANCE**

I, Marc DeSisto, Esq. (#2757), hereby enter my appearance on behalf of Defendants, Town of Cumberland, by and through its Mayor Jeffrey Mutter, Cumberland Police Department, Matthew Benson, individually and in his official capacity as Chief of the Cumberland Police Department, Brandon M. Correia, individually and in his official capacity as Sergeant of the Cumberland Police Department and Jack S. Halloran, individually and in his official capacity as Patrolman of the Cumberland Police Department, in the above captioned matter.

Defendants,
By their Attorney,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442

marc@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

  I hereby certify that the within document has been electronically filed with the Court on this 23rd of June 2026, and available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will effectuated by electronic means:

 Jose F. Batista, Esq. (#9449)
 j.f.batista1@gmail.com

          */s/ Marc DeSisto*